UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
OCT 19 2005
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

FIDELLITO CUNNINGHAM

Case No.: 3:05-cr-348-J-25mcr
Ct 1: 18 U.S.C. § 911

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about April 3, 2002, in Jacksonville, Florida, in the Middle District of Florida,

FIDELLITO CUNNINGHAM

the defendant, herein, falsely and willfully represent himself/herself to be a citizen of the United States, in that, on an application for a Florida driver's license, the defendant falsely told a Florida Department of Motor Vehicles examiner that he was a citizen of the United States when in truth and in fact, as the defendant well knew, he was a citizen of Jamaica illegally in the United States.

In violation of Title 18, United States Code, Section 911.

A TRUE BILL,

_____
Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
MICHAEL F. GALLAGHER
Assistant United States Attorney

By: _____
BRIAN M. KANE
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

FIDELLITO CUNNINGHAM

## INDICTMENT

Violations:

18 U.S.C. § 911

A true bill,

*[signature]*
Foreperson

Filed in open court this 19th day

of October, A.D. 2005.

*[signature]*
Clerk

Bail $

GPO 863 525